468 A.2d 827

Estate of Heffner.

Appeal of Edna Strayer.

Appeal of Nolan E. Heffner.

Argued January 26, 1983. Allen H. Smith, submitted a brief on behalf of Strayer, appellant (at No. 235) and participating party (at No. 254); Nevin Stetler, for Heffner, appellant (at No. 254) and participating party (at No. 235); Barbara Osburn Stump, for Herman, participating parties.

570

Before WICKERSHAM, CIRILLO and WATKINS, JJ.
Decree affirmed.